UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DEVON JACKSON,<br><br>          Defendant. | Case No. CR12-169-JLR<br><br>**DETENTION ORDER** |

Offense charged:

   Distribution of Controlled Substances.

Date of Detention Hearing:  November 6, 2012.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

On June 29, 2012, defendant was released on conditions.  Dkt. 7.  On November 6, 2012, defendant appeared and admitted he violated a condition of release by being arrested for Assault

DETENTION ORDER - 1

in the 4th degree (domestic violence) on August 25, 2012.  Defendant was released on the promise following all conditions including maintaining good conduct and not committing any crimes.  He has broken this promise, and if the government's proffer is accurate, not only was arrested for assault on August 25, 2012 but was convicted of that crime. His conduct while on supervision is concerning in light of his criminal history which goes back to 1988.  He has convictions for forgery and obstruction, a prior drug conviction in which he received a prison sentence and four convictions for assault in the fourth degree.  From his comments in court, it also appears he has a substance abuse problem and is in need of treatment.  In light of his conduct on supervision, history, his substance abuse problems, defendant poses a risk of danger and a risk of flight calling for detention.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to

///

///

DETENTION ORDER - 2

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of November, 2012.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3